# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 20, 2011

*By the Court:*

| No.: 09-3687 | EARIN LAND,<br>Plaintiff - Appellant<br><br>v.<br><br>PAUL J. KAUPAS, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:06-cv-04512<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall | |

The following is before the court: **MOTION TO DISMISS WITH PREJUDICE**, filed by appellees, on April 27, 2011.

On March 24, 2011, the appellant filed a motion to voluntarily dismiss the appeal, and we denied the motion without prejudice because the attorney who filed the motion had not yet filed an appearance on behalf of the appellant. We ordered the motion to be refiled by April 12, 2011, but no motion has been filed. The appellees therefore seek dismissal with prejudice for want of prosecution. We ordered the appellant to respond by May 13, 2011, but no response has been filed despite counsel for the appellant filing an appearance. Accordingly,

**IT IS ORDERED** that the motion to dismiss is **GRANTED**, and this appeal is **DISMISSED** with prejudice for lack of prosecution.

form name: **c7_Order_BTC**(form ID: **178**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit